Case No: 10-51777

# UNITED STATES BANKRUPTCY COURT

Northern DISTRICT Of Illinois

Division

In re: Barry J Gertz and Iris E Gertz

Case No 10-51777

Chapter: **13**

Property Address: 470 Buckeye Drive, Wheeling, IL 60090

Last four digits of any number you use
to identify the debtor's account: 6553

Court Claim No. (if known)

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002
HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust
and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE4,
Asset Backed Pass-Through Certificates

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") date
and filed as Docket No

### Pre-Petition Default Payments          Applicable option is checked.

[X] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due

Attached as Schedule of Amounts Outstanding on Pre-Petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments          Applicable option is checked.

[ ] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[X] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due $4,691.92

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filling, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No.: 10-51727

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it.  Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor          ☒ I am the Creditor's authorized agent.  (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X  /s/ Michael Dimand
        Signature

X  09/04/2014
        Date (MM/DD/YYYY)

First Name: Michael          Middle Name:          Last Name: Dimand

Title:  Bankruptcy Attorney

Company:  The Wirbicki Law Group LLC

Address:  33 West Monroe, Ste. 1140

City  Chicago          State: IL          Zip  60632

Phone:  312-360-9455

Case No. 10-51775

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

| Description | Date Incurred | Amount |
|---|---|---|
|  |  |  |

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Post-Petition Claim**

| Description | Date Incurred | Amount |
|---|---|---|

Due Date  Due Amt   Rcv Date   Rcv Amt
1/1/2014  $1,172.98  1/13/2014  $1,172.98
2/1/2014  $1,172.98  2/10/2014  $1,172.98
3/1/2014  $1,172.98  3/27/2014  $1,215.14
4/1/2014  $1,172.98  4/29/2014  $1,215.14
5/1/2014  $1,172.98  7/28/2014  $1,215.14
6/1/2014  Due
7/1/2014
8/1/2014
9/1/2014
Total      $5,864.90             $5,991.38

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:   09/04/2014

| | |
|---|---|
| Chapter 13 Trustee: | Marilyn O Marshall |
| Trustee Address: | 224 South Michigan Ste 800 |
| Trustee Email: | Chicago, IL 60604 |
| | |
| Debtor's Counsel Name: | Neal Feld |
| Debtor's Counsel Address: | 500 N Michigan Ave, Ste 600 |
| Debtor's Counsel Email: | Chicago, IL 60611 |
| | nealfeld@yahoo.com |
| | |
| Debtor 1 Name: | Barry J Gertz |
| Debtor 2 Name | Iris E Gertz |
| Debtor's Mailing Address: | 470 Buckeye Dr |
| Debtor Email: | Wheeling, IL 60090 |

/s/ Michael Dimand