**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | Chapter 13 |
| Michael Vlies | Case No.  # 14-24994 |
| Debtor(s). | |

## NOTICE OF WITHDRAWAL OF DOCUMENT

Now comes creditor, HSBC Bank USA, N.A., hereby withdraws the Response to Notice of Final Cure Payment Rule 3002.1 filed as document number 22 on 09/04/2014.

09/05/2014

                                            Respectfully submitted:

                                            /s/Michael Dimand
                                            MICHAEL DIMAND
                                            Attorney for Movant

Michael Dimand
The Wirbicki Law Group LLC
Attorney for Movant
33 W. Monroe St., Suite 1140
Chicago, IL 60603
Phone: 312-360-9455
Fax: 312-572-7823